IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICHARD D. DAVIS,
    Petitioner,

vs.                                      Case No. 3:10cv166/MCR/MD

MICHAEL BABCOCK, et al.,
    Respondents.

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. The petitioner has submitted, and there is pending before the court, a petition for writ of habeas corpus under 28 U.S.C. § 2241 (doc. 1).

The petitioner has now tendered a "Motion to Dismiss," (doc. 4), which is construed as a notice of dismissal. Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides that an action may be voluntarily dismissed without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Since the respondent has not yet been served, it is clear that the petitioner is automatically entitled to take a voluntary dismissal at this time.

**Accordingly, it is respectfully RECOMMENDED:**

**1. That the "Motion to Dismiss" (doc. 4), construed as a notice of dismissal, be GRANTED and this case be DISMISSED WITHOUT PREJUDICE.**

**2. That the clerk be directed to close the file.**

**At Pensacola, Florida, this 18th day of October, 2010.**


/s/ *Miles Davis*
 MILES DAVIS
 UNITED STATES MAGISTRATE JUDGE


### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.** <u>**Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.**</u> **A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636;** ***United States v. Roberts***, **858 F.2d 698, 701 (11th Cir. 1988).**