IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICHARD D. DAVIS,
    Petitioner,

vs.                                              CASE NO.: 3:10cv166/MCR/MD

MICHAEL BABCOCK, et al.,
    Respondents.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 18, 2010. The petitioner previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The "Motion to Dismiss" (doc. 4), construed as a notice of dismissal, is GRANTED and this case is DISMISSED WITHOUT PREJUDICE.

3. The clerk is directed to close the file.

DONE AND ORDERED this 23rd day of November, 2010.

                                           s/ *M. Casey Rodgers*
                                           **M. CASEY RODGERS**
                                           **UNITED STATES DISTRICT JUDGE**